**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01333-CMA

In Re:

CHERYL L. PEREZ,

 Debtor,

ROBERT S. ABDALIAN, Special Counsel,

 Appellant,

v.

S. STEWART FARNET,

 Appellee.

---

**ORDER SETTING ORAL ARGUMENT**

---

THIS MATTER comes before the Court following review of the file.

IT IS THEREFORE ORDERED that a **one-hour** hearing on the merits of the appeal is scheduled for **March 3, 2009, at 10:00 a.m.**, in the United States District Court for the District of Colorado, Courtroom A602, 6th Floor, Arraj Courthouse, 901 19th Street, Denver, Colorado. Oral argument will be limited to 15 minutes per side.

DATED: December 22, 2008.

           BY THE COURT:

           _____
           Christine M. Arguello
           United States District Judge